1  KATHERINE HART #76715
2  Attorney at Law
   2055 San Joaquin
3  Fresno, Ca. 93721
   Telephone: (559) 256-9800
4  Facsimile:  (559) 256-9798

5  Attorney for Defendant KIMBERLY  RENEE RICE

6

7              **IN THE UNITED STATES DISTRICT COURT**

8                 **EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,    )   CV-F-06-00323 LJO
                                  )
11 |     Plaintiff,                )   STIPULATION AND REQUEST
                                  )   FOR ORDER TO CONTINUE
12 |                               )    SENTENCING FROM; DENIAL
                                  )   May 30, 2008 at 9:00 am
13 |                               )   to JUNE 13, 2008 at 9:00 am
                                  )
14 |     v.                        )   New Date: June 13, 2008
                                  )   Time: 9:00 a.m.
15 |                               )   Dept: LJO
                                  )
16 | KIMBERLY RENEE RICE,.         )
                                  )
17 |     Defendant.                )
                                  )
18

19       IT is hereby stipulated between counsel for the government and counsel for
20 Defendant that the sentencing date previously set for May 30, 2008 at 9:00 a.m.
21 be re-set to June 13, 2008.  Assistant United States Attorney LAUREL
22 MONOTYA is at a training conference out of state and needs to be personally
23 present for the sentencing, as she intends to make a 5K1 recommendation, and no
24 one else in the office is familiar with the case.  Therefore both counsel are
25 stipulating to a two-week delay as counsel for defendant KATHERINE HART is
26 not available on June 6, 2008.

27

28                                     1

DATE: May 28, 2008          /s/ Katherine Hart
                            KATHERINE HART


DATED: May 28, 2008         /s/  Laurel Montoya
                            LAUREL MONTOYA, ASSISTANT UNITED
                            STATES ATTORNEY


## ORDER

The stipulation between counsel does not establish good cause for the continuance of the sentencing. The request provides an apparent absence of preparedness by the prosecutor. An Assistant U.S. Attorney, with full authority, is expected to be present at the sentencing which will proceed as scheduled.

IT IS SO ORDERED.

**Dated:   May 28, 2008**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2