# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 02 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 06-0323 LJO |
| Kim Renee Rice ) | 1:06 cr 0323 LJ6 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kim Renee Rice_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition that the defendant be placed into the third party custody of Laura Rice shall be removed; and, her travel restriction to Fresno County shall be removed and replaced with a travel restriction to the Eastern District of California.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-2-08        _____  12-2-08
Signature of Defendant       Date            Pretrial Services Officer      Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   12-2-2008
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   Dec. 2 '08
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _forthwith_.
☐ The above modification of conditions of release is *not* ordered.

_____                   Dec 2, 2008
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services